FILED

OCT - 9 2008

Clerk, U.S. District and
Bankruptcy Courts

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

U.S.A. vs. Nicholas Stengel                              Docket No.: **1:03CR000039-01**

---

The Court may enter a minute order for any of the following options:
Note: If this is a **sealed case**, the Court should sign this order and give it to your Courtroom Deputy for processing.

THE COURT ORDERS:

☑ Concur with recommendation of the Probation Office

☐ No action

☐ Issuance of a warrant and scheduling of a Hearing on Violation upon execution of the warrant.

  ☐ Notice to US Marshal - Warrant to be entered into NCIC in all cases

☐ Issuance of a summons and scheduling of a Hearing on Violation

☑ Schedule ✓ Hearing on Violation and ✓ Modification Hearing with Voluntary appearance

☑ Hearing to modify, revoke or terminate supervised release shall be held before a magistrate judge *in the first week of November*.

☑ Other  *If he will not take the polygraph we need another way to monitor his activity. The location monitoring is acceptable to me at this time.*

_____
Colleen Kollar-Kotelly
United States District Judge

10/9/08
Date